No. 922. ATLANTIC COMPANY *v.* BROUGHTON ET AL.;
No. 923. ATLANTIC COMPANY *v.* CARTHAN ET AL.;
No. 986. BROUGHTON ET AL. *v.* ATLANTIC COMPANY; and
No. 987. CARTHAN ET AL. *v.* ATLANTIC COMPANY. April 23, 1945. The petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit are denied. *Messrs. Hughes Spalding, John A. Sibley* and *Sumter M. Kelley* for the Atlantic Company. *Mr. Richard E. Cotton* for respondents in Nos. 922 and 923, and petitioners in Nos. 986 and 987. Reported below: 146 F. 2d 480.

No. 1007. SIRES *v.* NIERSTHEIMER, WARDEN. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1009. ROBERTSON *v.* CHRONISTER ET AL. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

No. 1023. MARSH *v.* NIERSTHEIMER, WARDEN;
No. 1030. BARLAND *v.* ILLINOIS;
No. 1119. PISKORZ *v.* ILLINOIS STATE SUPREME COURT; and
No. 1120. RESCO *v.* RAGEN, WARDEN. April 23, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.